DAVID MAYER, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

(Argued March 7, 1892; decided March 22, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 14, 1890, which affirmed a judgment in favor of defendant entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*B. F. Einstein* for appellant.

*Hamilton Harris* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

FRANCIS PARIS OSBORN et al., Repondents, *v.* SAMUEL EDGAR et al., Impleaded, etc., Appellants.

(Argued March 8, 1892; decided March 22, 1892.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York in favor of plaintiffs, entered upon an order made May 28, 1890, upon an agreed case submitted under section 1279 of the Code of Civil Procedure.

*Charles E. Rushmore* for appellants.

*John N. Lewis* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.